IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPORTFUEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PEPSICO, INC. and THE GATORADE COMPANY, <br><br> Defendants. | **Case No. 16-cv-7868** <br><br> **JURY TRIAL DEMANDED** |

## LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING TRADEMARKS

Pursuant to Local Rule 3.4, Plaintiff SportFuel, Inc. provides the following information to be used by the Clerk of the Court as required pursuant to 15 U.S.C. § 1116(c):

1. Name and address of Plaintiff: SportFuel, Inc., 4911 Lawn Avenue, Western Springs, Illinois 60558

2. Name and address of Defendants:

    a. PepsiCo, Inc., 555 West Monroe Street, Chicago, Illinois 60661
    b. The Gatorade Company, 555 West Monroe Street, Chicago, Illinois 60661

3. Federal Trademark Registrations involved in litigation:

    a. 4,832,297
    b. 3,495,513

Dated: August 4, 2016

*/s/ Raymond P. Niro, Jr.*
Raymond P. Niro, Jr.
Kyle D. Wallenberg
NIRO McANDREWS, LLC
200 West Madison Street, Suite 2040
Chicago, IL 60606
(312) 755-8575
Fax: (312) 674-7481
rnirojr@niro-mcandrews.com
kwallenberg@niro-mcandrews.com

Vincent Pinelli
Burke Burns & Pinelli, Ltd.
70 West Madison Street, Suite 4300

Chicago, Illinois 60602
(312) 541-8600
Fax: (312) 541-8603
vpinelli@bbp-chicago.com

*Attorneys for Plaintiff,*
SportFuel, Inc.