## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Sportfuel, Inc.,

Plaintiff(s),

v.

Pepsico, Inc. and The Gatorade Company,

Defendant(s).

Case No. 16 C 7868
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Pepsico, Inc. and The Gatorade Company
and against plaintiff(s) Sportfuel, Inc.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion for summary judgment [44].

Date:  6/14/2018                               Thomas G. Bruton, Clerk of Court

                                               Amanda Scherer, Deputy Clerk